

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 1:07-10018 |
|---|---|
| -vs- | JUDGE DRELL |
| WILLIAM O. BELT (01), TRACY BRYANT BELT (02), and JULIE ANN BERNARD (03) | MAGISTRATE JUDGE KIRK |

### RULING AND ORDER

In accordance with the request by motion that we conduct an *in camera* inspection of background investigative material for discovery purposes (Document No. 147), we did so. We also considered the affirmative response by counsel for the Government to our orders of September 28 and 30, 2010. (Document No. 158.) We find no items that are either exculpatory, and thus disclosable as Brady v. Maryland [373 U.S. 83 (1963)] material, or otherwise discoverable in a criminal proceeding. The documents reveal none of the hypothesized reasoning for non-prosecution of other offenses. Accordingly the motions for discovery (Document No. 49) and for supplemental discovery (Document No. 147) must be and are DENIED.

SIGNED on this 8 day of October, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE